# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VW CREDIT INC., <br>                 Plaintiff, <br> v. <br> MUSCLE MOTORS AUTO SALES, INC., <br>                 Defendant. | Case No. 3:21-cv-00113-HDM-CLB <br><br> **ORDER** |

Pursuant to the defendant's notice of withdrawal of motion to dismiss and intent to file answer (ECF Nos. 20 & 21), the motion to dismiss (ECF No. 13) is deemed WITHDRAWN. The defendant shall file an answer on or before June 10, 2021.

IT IS SO ORDERED.

DATED: this 2nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE