**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VW CREDIT INC.,<br><br>                 Plaintiff,<br>  v.<br><br>MUSCLE MOTORS AUTO SALES, INC.,<br><br>                Defendant.<br>─────────────────────────────<br>MUSCLE MOTORS AUTO SALES, INC.,<br><br>     Third Party Plaintiff,<br>  v.<br><br>DAVID G. GONZALES and FRANK AGUIAR CLAVERIA,<br><br>     Third Party Defendants. | Case No. 3:21-cv-00113-HDM-CLB<br><br>**ORDER** |

The defendant/third party plaintiff has filed an *ex parte* motion for service by publication (ECF No. 33). It appears that although the associated affidavits and proposed order were served on the plaintiff (ECF Nos. 34-36), the motion itself, having been filed *ex parte*, was not. Where another party has appeared in this action, there is no basis for the filing of the motion *ex parte*. IT IS THEREFORE ORDERED that the defendant's *ex parte* motion for service by publication (ECF No. 33) is hereby STRICKEN. IT IS

1

FURTHER ORDERED that the defendant shall refile the motion without the *ex parte* designation no later than August 9, 2021, and shall serve such motion on the plaintiff. The plaintiff shall file any response or objection to the motion within the time provided by local rule.

    IT IS SO ORDERED.

    DATED: this 6th day of August, 2021.

                                        /s/ Howard D. McKibben
                                        UNITED STATES DISTRICT JUDGE