**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VW CREDIT INC., <br><br>                          Plaintiff, <br>   v. <br><br> MUSCLE MOTORS AUTO SALES, INC., <br><br>                          Defendant. | Case No. 3:21-cv-00113-HDM-CLB <br><br> **ORDER** |
| MUSCLE MOTORS AUTO SALES, INC., <br><br>           Third Party Plaintiff, <br>   v. <br><br> DAVID G. GONZALES and FRANK AGUIAR CLAVERIA, <br><br>           Third Party Defendants. | |

The defendant/third party plaintiff Muscle Motors Auto Sales, Inc. has withdrawn its motion for service by publication. (ECF No. 44). Accordingly, the video hearing on the motion for service by publication (ECF No. 38) scheduled for September 14, 2021, at 10 a.m. is hereby VACATED.

IT IS SO ORDERED.

DATED: this 1st day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE