1  Nicholas A. Duston, Esq.
   NORRIS McLAUGHLIN, PA
2  400 Crossing Blvd. 8th Fl.
   Bridgewater, NJ  08807
3  (908) 722-0700
   naduston@norris-law.com
4  (*Admitted Pro Hac Vice*)

5  Matthew Addison, Esq. (NSBN 4201)
   Sarah Ferguson, Esq. (NSBN 14515)
6  MCDONALD CARANO LLP
   100 West Liberty Street, 10th Floor
7  Reno, Nevada 89501
   (775) 788-2000
8  maddison@mcdonaldcarano.com
   sferguson@mcdonaldcarano.com
9  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| VW CREDIT INC. in its capacity as servicer for VW CREDIT LEASING LTD,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLE MOTORS AUTO SALES,<br><br>Defendant.<br><br>AND RELATED MATTERS. | Case No. 3:21-CV-00113-HDM-CLB<br><br>**ORDER ON STIPULATION TO VACATE COURT ORDERED SETTLEMENT CONFERENCE AND PROCEED TO PRIVATE MEDIATION** |

Plaintiff VW Credit Leasing Ltd. ("VW Credit") and Defendant Muscle Motors Auto Sales, Inc. ("Muscle Motors,") and Third-Party Defendants David Gonzalez and Frank Claveria ("Third-Party Defendants", together with VW Credit and Muscle Motors, the "Parties") hereby stipulate and agree to vacate the Court-Ordered Settlement Conference presently set to take place on August 9, 2022 at 9:00 a.m. before Magistrate Judge McQuaid and agree to proceed with a private mediation.  The parties have contacted Judge Elliott Sattler who has agreed to serve as a

mediator for a mediation to be set for September or October of 2022. The parties shall submit a notice to the Court with the mediation date once it has been set.

This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

DATED this 21st day of July, 2022.

**McDONALD CARANO LLP**

/s/ Sarah Ferguson
Matthew Addison (NSBN 4201)
Sarah Ferguson (NSBN 14515)
100 West Liberty Street. 10th Floor
Reno, NV 89501
(775) 788-2000
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

NORRIS McLAUGHLIN, PA
Nicholas A. Duston
400 Crossing Blvd. 8th Fl.
Bridgewater, NJ 08807
(908) 722-0700
naduston@norris-law.com
(*Admitted Pro Hac Vice*)
*Attorneys for Plaintiff*

DATED this 21st day of July, 2022.

**MICHAEL LEHNERS, ESQ.**

By: /s/ Michael Lehners
Michael Lehners, Esq. (NSBN 3331)
429 March Ave.
Reno, NV 89509
(775) 786-1695
mc13303@aol.com
*Attorney for Defendant*

DATED this 21st day of July, 2022

**JENNINGS & FULTON, LTD.**

By: /s/ Logan G. Willson
Adam R. Fulton (NSBN 11572)
Logan G. Willson (NSBN 14967)
2580 Sorrel Street
Las Vegas, NV 89146
(702) 979-3565
afulton@jfnvlaw.com
logan@jfnvlaw.com
*Attorneys for Third-Party Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __7/22/2022_____

4888-4083-9463, v. 1