**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VW CREDIT INC., | Case No. 3:21-cv-00113-HDM-CLB |
| Plaintiff, | |
| v. | **ORDER** |
| MUSCLE MOTORS AUTO SALES, INC., | |
| Defendant. | |
| MUSCLE MOTORS AUTO SALES, INC., | |
| Third Party Plaintiff, | |
| v. | |
| DAVID G. GONZALES and FRANK AGUIAR CLAVERIA, | |
| Third Party Defendants. | |

The parties have advised the court that they have reached a settlement of this matter and are in the process of preparing settlement documents (ECF No. 63). As a stipulation to dismiss has yet to be filed, IT IS HEREBY ORDERED that on or before February 6, 2023, the parties shall file a report indicating the status of the settlement and when they intend to file a stipulation to dismiss.

IT IS SO ORDERED.

DATED: this 5th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE