1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

15

**DISTRICT OF NEVADA**

16

\*\*\*\*\*

17 | VW CREDIT INC. in its capacity as servicer for VW CREDIT LEASING LTD,    Case No. 3:21-CV-00113-HDM-CLB

18

Plaintiff,

19

ORDER GRANTING

v.

**STIPULATION OF DISMISSAL AND**

20

**[PROPOSED] ORDER**

21 | MUSCLE MOTORS AUTO SALES,

22

Defendant.

23

24 | AND RELATED MATTERS.

25

26

        Plaintiff VW Credit Leasing Ltd. ("VW Credit") and Defendant Muscle Motors Auto

27

Sales, Inc. ("Muscle Motors,") and Third-Party Defendants David Gonzalez and Frank Claveria

28

PARSONS
BEHLE &
LATIMER

4895-4868-6406.v1

1

1   ("Third-Party Defendants", together with VW Credit and Muscle Motors, the "Parties") having

2   executed a settlement agreement, hereby stipulate and agree to dismiss this action with prejudice.

3   Each side is to bear their own costs and attorneys fees.

4

5                  **IT IS SO STIPULATED AND AGREED.**

6   DATED this 6th day of January, 2023.          DATED this 6th day of January 2023.

7   **PARSONS BEHLE & LATIMER**                   **MICHAEL LEHNERS, ESQ.**

8   */s/ Sarah Ferguson*                          By: */s/ Michael Lehners*
    Sarah Ferguson (NSBN 14515)                   Michael Lehners, Esq. (NSBN 3331)
9   50 West Liberty Street. #750                  429 March Ave.
    Reno, NV 89501                                Reno, NV 89509
10  (775) 323-1601                                (775) 786-1695
    maddison@mcdonaldcarano.com                   mc13303@aol.com
11  sferguson@mcdonaldcarano.com                  *Attorney for Defendant*

12
    **NORRIS McLAUGHLIN, PA**                      DATED this 6th day of January, 2023
13  Nicholas A. Duston
    400 Crossing Blvd. 8th Fl.                     **JENNINGS & FULTON, LTD.**
14  Bridgewater, NJ  08807
15  (908) 722-0700
    naduston@norris-law.com                       By: */s/ Adam R. Fulton, Esq.*
16  (*Admitted Pro Hac Vice*)                     Adam R. Fulton (NSBN 11572)
                                                  Logan G. Willson (NSBN 14967)
17  **MCDONALD CARANO LLP**                       2580 Sorrel Street
    Matthew Addison, Esq. (NSBN 4201)             Las Vegas, NV  89146
18  100 West Liberty Street, 10th Floor           (702) 979-3565
    Reno, Nevada 89501                            afulton@jfnvlaw.com
19  (775) 788-2000                                logan@jfnvlaw.com
    maddison@mcdonaldcarano.com                   *Attorneys for Third-Party Defendants*
20
21  *Attorneys for Plaintiff*

22

23
                                                  IT IS SO ORDERED.
24
                                                  _____
25                                                UNITED STATES DISTRICT COURT JUDGE
                                                  DATED:  January 9, 2023
26

27

28

PARSONS
BEHLE &
LATIMER
                                                         2
    4895-4868-6406.v1